IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| NINA J. COURSEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| PRUDENTIAL INSURANCE COMPANY, | * | |
| OF AMERICA, | * | |
| | * | |
| Defendant, | * | Civil Action File No. CV203-078 |
| | * | |
| v. | * | |
| | * | |
| NINA J. COURSEY, | * | |
| | * | |
| Defendant in Counterclaim, | * | |
| | * | |
| FRANCESCA PUDDA, | * | |
| | * | |
| Third-Party Defendant. | * | |

## THIRD-PARTY DEFENDANT FRANCESCA PUDDA'S RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, Francesca Pudda, by and through her attorney of record and files this her Response and Objection to Plaintiff's Motion for Extension of Time in Which to Respond to Third-Party Defendant's Motion for Summary Judgment.

In accordance with provisions of Rule 7, and shows the Court as follows:

1.

On July 10, 2003, the Third Party Defendant Francesca Pudda began conducting discovery on interested parties.

2.

On or about July 18, 2003, the parties received the Scheduling Order setting forth filing deadlines for joining of parties, amending of pleadings, expert witness reports, discovery, summary judgment and other related matters was filed on July 18, 2003. Also, on July 18, 2003, an Order and Notice of Pretrial Proceedings was filed. Said order being signed by Magistrate Judge James E. Graham.

3.

On August 8, 2003, Nina J. Coursey by and through her attorneys of record answered discovery requested by the Attorney for the Third Party Defendant.

4.

Pursuant to the scheduling order, the close of discovery in the case was November 14, 2003 and the last day for filing all civil motions (except for motions in limine) is December 14, 2003.

5.

Third Party Defendant's Motion for Summary Judgement was filed on December 12, 2003, with a copy to Plaintiff. Plaintiff subsequently had twenty (20) days to respond.

6.

Plaintiff received notice from the court on December 11, 2003, that a Motion for Summary Judgement had been filed by the Third-Party Defendant and the Plaintiff had twenty days to respond. Plaintiff failed to respond by the response deadline of January 3, 2004.

7.

Plaintiff received notice of the deadline for discovery four (4) months beforehand. The Plaintiff had ample opportunity to conduct discovery and failed to do so, yet timely answered discovery submitted to her by Third Party Defendant. Furthermore, Plaintiff had twenty (20) days

to respond to the Motion for Summary Judgment and failed to do so, instead a motion to extend time was filed twenty-six (26) days after service thereof.

8.

Pursuant to L.R. 26.1, all motions in a civil action with the exception of motions in limine, shall be filed and served upon the opposing party not later than thirty (30) days after the close of discovery. Pursuant to L.R. 56, response to a Motion for Summary Judgement shall be made within twenty days of service of the motion.

**WHEREFORE,** Third Party Defendant prays as follows:

1. That this Objection be entertained and sustained;

2. That the motion to extend time be denied; and

3. Any and all other and further relief this court deems equitable and proper.

This 7th day of January, 2004.

SMITH & CANNON, P.C.

Tommy J. Smith
Attorney for Francesca Pudda
State Bar of GA No. 314103

P.O. Box 27
Vidalia, GA 30475
(912) 538-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| NINA J. COURSEY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| PRUDENTIAL INSURANCE COMPANY, | * | |
| OF AMERICA, | * | |
| | * | |
| Defendant, | * | Civil Action File No. CV203-78 |
| v. | * | |
| | * | |
| NINA J. COURSEY, | * | |
| | * | |
| Defendant in Counterclaim, | * | |
| | * | |
| FRANCESCA PUDDA, | * | |
| | * | |
| Third-Party Defendant. | * | |

## Certificate of Service

This is to certify that I have this day served the following with a true and correct copy of the within and foregoing Third Party Defendant's Objection to Plaintiff's Motion for Extension of Time in Which to Respond to Third Party Defendant's Motion for Summary Judgment, by United States Post Office with proper postage attached to insure delivery addressed to:

Mr. Ben Kingree
Attorney at Law
Suite 2300
Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, GA 30309

Mr. Richard D. Phillips
Mr. Joseph C. Kitchings
Attorney at Law
P.O. Box 69
Ludowici, GA 31316

This _____ day of January, 2004.

SMITH & CANNON, P.C.

_____
Tommy J. Smith
Attorney for Francesca Pudda
State Bar of GA No. 314103

P.O. Box 27
Vidalia, GA 30475
(912) 538-0900